**Order entered July 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00618-CV

### DONALD DAVIS, Appellant

### V.

### OFFICE OF THE ATTORNEY GENERAL, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07331**

## ORDER

Before the Court is pro se appellant's July 24, 2017 "Motion for Extension of Time to File Appellant's Brief and Notice of Late Filed Clerk's Record." Appellant is indigent and incarcerated. Although appellant asserts in his motion that the clerk's record has not been filed, the clerk's record was filed with this Court on July 19, 2017.

We **GRANT** appellant's motion as follows: we **DIRECT** the Clerk of this Court to send appellant a paper copy of the clerk's record and we **ORDER** appellant to file a brief by **August 31, 2017**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE